UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY L. GRAHAM                                                    PLAINTIFF

VS.                                             CIVIL ACTION NO. 4:08cv26TSL-LRA

APPLIED GEO TECHNOLOGIES, INC.
D/B/A CHAHTA ENTERPRISE,
ALLEN HINES, TIM NELSON, MICHAEL
MILLER, AND SANDRA BOOKER, IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES AS
PRESIDENT, DIRECTOR OF ADMINISTRATION,
VICE PRESIDENT OF OPERATIONS, AND SENIOR
QUALITY MANAGER, RESPECTIVELY                                       DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered this day, it is hereby

ORDERED AND ADJUDGED that the above-captioned cause be, and the same is hereby, dismissed.

SO ORDERED this the  19th   day of December, 2008.

                                     /s/Tom S. Lee
                                     UNITED STATES DISTRICT JUDGE